In the Matter of the STATE DIVISION OF HUMAN RIGHTS, Petitioner, v. UNION CARBIDE CORPORATION et al., Respondents.—

Concur — Capozzoli, J. P., Markewich, Nunez, McNally and Tilzer, JJ.

BERNARD WEINBLATT, Respondent, v. ELI LILLY AND COMPANY, Appellant, et al., Defendant.—

Concur — Capozzoli, J. P., Markewich, Nunez and Steuer, JJ.